IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-000955-WDM-BNB

TAVEESAK RUAMPANT, et al.,

    Plaintiffs,

v.

KERRY MOYNIHAN, et al.,

    Defendants.

## NOTICE OF DISMISSAL OF DEFENDANT JIMENEZ ONLY

    The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice as to defendant Dan Jimenez only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on July 24, 2006.

                                                      BY THE COURT:

                                                      s/ Walker D. Miller
                                                      United States District Judge