IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00955-WDM-BNB

TAVEESAK RUAMPANT,
SINEENAT RUAMPANT, and
TANIDA RUAMPANT, individuals,

Plaintiffs,

v.

KERRY MOYNIHAN,
PETER VARGAS,
STEPHANIE HANSEN, and
ADAMS 12 SCHOOL DISTRICT, a Colorado School District,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with the scheduling conference scheduled to occur on August 2, 2006, at 9:00 a.m. The defendants have moved to stay discovery pending a determination of their motion to dismiss the complaint. The motion to stay discovery is set for hearing on August 10, 2006. The defendants' motion to stay discovery states that the defendants "are working with the Plaintiffs on a proposed scheduling order, which the parties intend to file," and that "[t]his will permit a productive scheduling conference, regardless of the outcome" of the motion to stay discovery. Defendants' Joint Motion to Stay Discovery [Doc. # 20, filed 7/7/2006] at ¶ 12. The proposed scheduling order submitted by the parties does not impose any scheduling dates, however, and instead repeatedly states the following:

> Defendants have moved to stay discovery pending the court's ruling
> on Defendants' Motion to Dismiss. This motion is scheduled for a

        hearing before Magistrate Judge Boland on August 10, 2006 at
        3:30 p.m.  Accordingly, the parties have not agreed to a discovery
        schedule or to modifications to the standard provisions of the
        Federal Rules of Civil Procedure.

In view of the fact that the parties have not proposed a discovery schedule, I have concluded that the scheduling conference on August 2, 2006, will not be productive.

IT IS ORDERED that the scheduling conference set for August 2, 2006, at 9:00 a.m., is VACATED.

Dated August 1, 2006.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge