IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00955-WDM-BNB

TAVEESAK RUAMPANT,
SINEENAT RUAMPANT, and
TANIDA RUAMPANT, individuals,

Plaintiffs,

v.

KERRY MOYNIHAN,
PETER VARGAS,
STEPHANIE HANSEN, and
ADAMS 12 SCHOOL DISTRICT, a Colorado School District,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the plaintiffs' **Unopposed Motion for Leave to File Annotation of Authorities Related to Motion to Stay Discovery** [Doc. # 35, filed 8/7/2005] is GRANTED. The Clerk of the Court is directed to accept for filing the *Annotated Authorities In Opposition to Motion to Stay Discovery*.

     DATED:  August 10, 2006