IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00955-WDM-BNB

TAVEESAK RUAMPANT,
SINEENAT RUAMPANT, and
TANIDA RUAMPANT, individuals,

Plaintiffs,

v.

KERRY MOYNIHAN,
PETER VARGAS,
STEPHANIE HANSEN, and
ADAMS 12 SCHOOL DISTRICT, a Colorado School District,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to File Out of Time Brief Opposing Motion to Dismiss** [docket no. 41, filed August 12, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff shall respond to the Motion to Dismiss on or before **August 14, 2006**. The Clerk of the Court is directed to accept for filing the attached Brief in Opposition to Motion to Dismiss.

DATED: August 16, 2006