IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-000955-WDM-BNB

TAVEESAK RUAMPANT, et al.,

    Plaintiffs,

v.

KERRY MOYNIHAN, et al.,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANT DAN JIMENEZ ONLY

    On November 8, 2006, I issued an Order to Show Cause regarding dismissal of defendant Jimenez. Plaintiffs have not responded. It is therefore ordered that the complaint and this action are dismissed without prejudice as to defendant Dan Jimenez only.

    DATED at Denver, Colorado, on November 29, 2006.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States District Judge